1 | **ERICK L. GUZMAN**
California State Bar No. 244391
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 | E-Mail: erick_guzman@fd.org

5 | Attorneys for Ever Lopez-Delgado

6

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE BARRY T. MOSKOWITZ)**

11 | UNITED STATES OF AMERICA,　　　　)　　Case No. 08CR1215-BTM
　　　　　　　　　　　　　　　　　　　)
12 | 　　　　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　　　　　)
13 | v.　　　　　　　　　　　　　　　　)　　**NOTICE OF WITHDRAWAL**
　　　　　　　　　　　　　　　　　　　)
14 | EVER LOPEZ-DELGADO,　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
15 | 　　　　　　　Defendant.　　　　　　)
　_____　)
16

17 | 　　　　Notice is hereby given by Erick L. Guzman and Federal Defenders of San Diego, Inc., that the

18 | following document is withdrawn from the record in the above-captioned case to correct a duplicate filing:

19 | 　　　　Document:　　　　*Sentencing Memorandum*

20 | 　　　　File Date:　　　　July 22, 2008

21 | 　　　　Document No.:　　　18

22 | 　　　　　　　　　　　　　　　　　　Respectfully submitted,

23

24 | DATED:　　　July 23, 2008　　　　　　/s/ Erick L. Guzman
　　　　　　　　　　　　　　　　　　　**ERICK L. GUZMAN**
25 | 　　　　　　　　　　　　　　　　　　Federal Defenders of San Diego, Inc.
　　　　　　　　　　　　　　　　　　　Attorneys for Ever Lopez-Delgado
26

27

28

1 | **ERICK L. GUZMAN**
California State Bar No. 244391
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 | E-Mail: erick_guzman@fd.org

5 | Attorneys for Ever Lopez-Delgado

6

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE BARRY T. MOSKOWITZ)**

11 | UNITED STATES OF AMERICA,              )          Case No. 08CR1215-BTM
                                            )
12 |             Plaintiff,                 )
                                            )
13 | v.                                     )          **CERTIFICATE OF SERVICE**
                                            )
14 | EVER LOPEZ-DELGADO,                     )
                                            )
15 |             Defendant.                 )
    _____)

16

17 |        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 | information and belief, and that a copy of the foregoing document has been served this day upon:

19 |                              James C. Alvord
                          fallbrookjim@sbcglobal.net; and
20
                               David D. Leshner
21 | david.leshner@usdoj.gov,esmeralda.diaz@usdoj.gov,efile.dkt.gc1@usdoj.gov

22 |                            Respectfully submitted,

23

24 | DATED:        July 23, 2008                  /s/ Erick L. Guzman
                                                  **ERICK L. GUZMAN**
25 |                                              Federal Defenders of San Diego, Inc.
                                                  Attorneys for Ever Lopez-Delgado
26

27

28